# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: Chad R. Toftness

Chapter 7 Case No. 07-60273

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 2 | $2,734.64 | $4.75 |
| eCAST Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | 14 | $1,216.35 | $2.11 |
| eCAST Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | 16 | $197.73 | .34 |
| Candice Jaenisch<br>107 W Nichols Ave<br>PO Box 116<br>Montevideo, MN 56265-1422 | 17 | $2,430 | $4.21 |

Date: April 27, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757